PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| **DOCKET NUMBER (Tran. Court)** | 24CR01442-001-AGS |
| **DOCKET NUMBER (Rec. Court)** | 4:26-cr-00056 YGR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gregory Khalil Hernandez<br>Oakland, California | Southern California | San Diego |

**FILED**
Feb 09 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| NAME OF SENTENCING JUDGE |
|---|
| Andrew G. Schopler<br>U.S. District Judge |

| DATES OF | FROM | TO |
|---|---|---|
| Supervised Release | 05/05/2025 | 05/04/2027 |

**OFFENSE**

8 U.S.C. § 1324(a)(2)(B)(iii), Bringing Aliens to The United States without Presentation, a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Hernandez has no significant ties to the Southern District of California and expects to remain in the Northern District of California for the remainder of supervised release. The probation office in the Northern District of California has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/21/2026
Date

Andrew G Schopler
U.S. District Court Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 6, 2026
Effective Date

United States District Judge

bsc
9084861